IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>OSWARD SALAZAR RODRIGUEZ<br><br>Defendant | CRIMINAL NO. 20-382 (RAM) |

## SENTENCING MEMORANDUM

TO THE HONORABLE COURT:

Osward Salazar is a 40 years old Venezuelan national. He has cohabited with Delia Torres for over 25 years and has two children. (Dkt No. 890 paragraphs 47 and 50) He was born and raised at a town known as Carupano in Venezuela. He has always lived during his childhood and as an adult in poverty barely meeting his essential needs. His family as well as he have always lived from fishing. (Dkt No. 890 paragraphs48-50).

On November 1st, 2020 Osward Salazar was arrested together with other twenty six persons on board of two large fishing vessels near the coast of Venezuela when a drug cargo was transferred from one of the fishing vessels to a DEA undercover vessel. (Dkt No. 890 paragraphs 12-19) No evidence of weapons

were found in the vessels and/or in the possession of any of the defendants arrested that date. (Dkt No. 890 paragraph 20) Osward Salazar was a crewmember in one of the fishing vessels. (Dkt No. 823 page 15)

After many negotiations with the government, the crewmembers of the "Los Ojos de Mi Negra"[1] reached a package plea agreement with the government pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(C) wherein both parties will recommend to the Court a variance sentence of 42 months of imprisonment as a just and reasonable sentence in this case. (Dkt No. 823 page 5, paragraph 9)

This case involves a considerable amount of drug attempted to be smuggled into the United States. Osward Salazar was at the lower end of the chain of command in this smuggling. It involved two large fishing vessels, multiple persons inside the vessels and in Puerto Rico conducting and monitoring the smuggling. Osward did not play a role in the planning or organizing of the venture. He also did not own the vessel or have any discretion over where the vessel was headed. The drug smuggling venture did not involve threats, firearms or violence.

Without downplaying the seriousness of this offense given the drug quantity and type of drug involved, the Courts must also consider Osward Salazar's

---

[1] The fishing vessel where Osward Salazar was.

personal history and characteristics. Osward Salazar grew up poor in a humble area of Venezuela. He has raised a family in such poor environment depending only of his work as a fisherman.[2] Because of the economic conditions that Venezuela has gone through in the past years due to the actual government, fishing has become even more difficult and much less sufficient to sustain a family. (Dkt No. 890 paragraph 65) Osward Salazar abandoned school to help out his family and now his sons have been forced to do so upon his incarceration to help their mother at home. (Dkt No. 890 paragraph 27 and 61)

    Most importantly, Osward Salazar has accepted responsibility and expressed repentance for his wrongful decision to become involved in this drug smuggling because financial hardships. Defendant is a citizen of Venezuela, a country that all are aware that is suffering from extreme economic hardships because of the particular political problems this country is facing.

    Osward Salazar has been incarcerated since November 1, 2020 without any personal contact with his family and sometimes because of the Covid-19 pandemic without telephone contact with them for quite some time. After he finishes serving the sentence of incarceration herein imposed, he will be transferred to the jurisdiction of the immigrations agencies for deportation to his country. This other

---

[2] Osward Salazar has raised his family in a wood and zinc humble house in a fisherman ward of Venezuela. See: Exhibit 1 photographs of part of his home provided by his wife to the undersigned by Whatsapp

procedure will entail additional time of incarceration while waiting to be sent back home.

The government has a complete picture of the drug smuggling attempted in this case. After due consideration of all these facts, the government has offered these crewmembers a variance joint recommendation of 42 months of incarceration as a reasonable and just sentence in this case.

WHEREFORE it is respectfully requested to the Honorable Court to accept the joint recommendation of the parties and impose a variance sentence of a total of 42 months of imprisonment to Osward Salazar as a just and reasonable sentence after considering all sentencing factors including those enumerated in Title 18 United States Code Section 3553(a).

RESPECTFULLY SUBMITTED.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will automatically serve copy upon the Assistant United States Attorney and all counsel of record.

In San Juan, Puerto Rico, March 23, 2023

/S/ *Irma R. Valldejuli*
IRMA R. VALLDEJULI
P O Box 361228
San Juan, Puerto Rico 00936-1228
Tel: (787) 410-4250
E-Mail: irvalldejuli@gmail.com